UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Xavier Deshawn Lymas**                    **Docket No. 5:12-CR-336-1BO**

### Petition for Action on Supervised Release

COMES NOW Haley Allison Huntley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Xavier Deshawn Lymas, who, upon an earlier plea of guilty to Conspiracy to Rob Businesses Engaged in Interstate Commerce in violation of 18 U.S.C. § 1951(b), and Using and Carrying a Firearm in Furtherance of a Crime of Violence and Aiding and Abetting in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on August 22, 2013, to the custody of the Bureau of Prisons for a term of 200 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Xavier Deshawn Lymas was released from custody on November 10, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS** On January 27, 2021, the defendant submitted a urine sample that tested positive for marijuana. When confronted with the results, the defendant admitted to smoking marijuana. He stated that has been under a lot of stress due to his health and his girlfriend's health and smoked marijuana to self-medicate. The defendant was given a verbal reprimand for his drug use and signed an admission form admitting to same. Through further conversation, it was decided that the defendant would also benefit from the addition of a Mental Health condition so that he may receive counseling services to help deal with his stress appropriately. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Xavier Deshawn Lymas
Docket No. 5:12-CR-336-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Haley Allison Huntley
Haley Allison Huntley
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2533
Executed On: January 27, 2021

## ORDER OF THE COURT

Considered and ordered this 27 day of January, 2021, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge